

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2022

No. 04-22-00687-CV

**SEA WORLD OF TEXAS, LLC**,
Appellant

v.

Renada **MATHIS**, Perreal Woods and Joe Boston,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-17204
Honorable Rosie Alvarado, Judge Presiding

## O R D E R

The reporter's record was due on October 24, 2022. On November 2, 2022, the court reporter filed a notice of late record indicating the reporter's record was not filed because appellant had failed to pay or make arrangements to pay the reporter's fee for preparing the record and that appellant was not entitled to appeal without paying the fee. On November 3, 2022, this court ordered appellant to provide written proof that the fee has been paid. On November 11, 2022, appellant did so. The court reporter is ORDERED to file the reporter's record with this court **no later than November 28, 2022**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2022.

_____
Michael A. Cruz,
Clerk of Court